NOURSE & BOWLES, LLP
Attorneys for Plaintiff
TE HSING MARITIME S.A.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TE HSING MARITIME S.A.,                          :
                                                 :
                    Plaintiff,                   :
                                                 :  08 Civ.
        - against -                              :
                                                 :  FRCP 7.1
PRANAY AGENCIES PRIVATE LIMITED,                 :
                                                 :
                    Defendant.                   :
-----------------------------------------------------------X

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Te Hsing Maritime S.A. has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated:  New York, New York
        April 8, 2008

                                        NOURSE & BOWLES, LLP
                                        Attorneys for Plaintiff
                                        TE HSING MARITIME S.A.

                                        By: _____
                                            Armand M. Paré, Jr. (AP-8575)
                                            One Exchange Plaza
                                            At 55 Broadway
                                            New York, New York 10006
                                            (212) 952-6200