NOURSE & BOWLES, LLP
Attorneys for Plaintiff
TE HSING MARITIME S.A.
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TE HSING MARITIME S.A.,

                        Plaintiff,

        - against -

PRANAY AGENCIES PRIVATE LIMITED,

                        Defendant.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04-15-08
```

08 Civ.    (    )

**EX PARTE ORDER**
**APPOINTING PERSONS**
**TO SERVE PROCESS**

Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Karlene

Jackson, or any partner, associate or paralegal of Nourse & Bowles, LLP or licensed process

server who is over 18 years of age and is not a party to this action, to serve an attachment and

garnishment in this matter, and it appearing from the affidavit of Armand M. Paré, Jr., that such

appointment will result in substantial economies of time and expense,

NOW, on motion of Nourse & Bowles, LLP, attorneys for Plaintiff, it is

**ORDERED**, that Karlene Jackson, or any partner, associate or paralegal of Nourse &

Bowles, LLP or licensed process server who is over 18 years of age and is not a party to this

action, be and hereby is, appointed to serve Process of Maritime Attachment and Garnishment,

supplemental process and a copy of the Verified Complaint in the above-entitled action.

Dated: New York, New York
        April 6, 2008

                                        6. Koele
                                        U.S.D.J.