USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------

TE HSING MARITIME S.A.,

                Plaintiff,        08 Civ. 3437 (JGK)

    - against -              ORDER

PRANAY AGENCIES PRIVATE LIMITED,

                Defendant.
-----------------------------------

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **September 18, 2008** at 4:30 p.m.

SO ORDERED.

Dated:    New York, New York
          June 10, 2008

                                            John G. Koeltl
                                United States District Judge